No. __-____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

SHELDON ADELSON; PATRICK DUMONT; NEWS+MEDIA CAPITAL
GROUP, LLC; LAS VEGAS REVIEW-JOURNAL, INC.; INTERFACE
OPERATIONS, LLC D/B/A ADFAM,

*Petitioners-Defendants,*

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA,

*Respondent*,

LAS VEGAS SUN, INC.,

*Real-Party-in-Interest-Plaintiff*.

## ADDENDUM – INDEX VOLUME

J. Randall Jones
KEMP JONES LLP
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 89169
(702) 385-6000

Richard L. Stone
850 Devon Avenue
Los Angeles, California 90024
(310) 993-2068

Michael J. Gayan, Esq.
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 333-7777

Ian Heath Gershengorn
Tanner J. Lockhead
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

David R. Singer
Amy M. Gallegos
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
(213) 239-5100

Gabriel K. Gillett
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7220

*Counsel for Petitioners-Defendants*

## VOLUME 1 OF 4

Stipulation and Order to Maintain Status Quo, dated October 4, 2019,
ECF No. 13 (filed Oct. 9, 2019) .......................................................... APP0001

Defendants News + Media Capital Group LLC and Las Vegas
Review-Journal, Inc.'s First Amended Answer to Complaint and
Counterclaims, dated September 30, 2019,
ECF No. 39-1, (filed Dec. 6, 2019) ...................................................... APP0005

Opinion of the Assistant Attorney General, dated June 1, 1990,
ECF No. 39-4, Exh. 4 (filed Dec. 6, 2019) [excerpt pages 1, 8-11]...... APP0049

Counterclaimant Las Vegas Review-Journal's Opposition to Counter-
Defendant Las Vegas Sun's Motion to Dismiss Counterclaims,
dated October 28, 2019,
ECF No. 40-13 (filed Dec. 9, 2019) [excerpt pages 1-2, 63-64]........... APP0055

Amended Complaint, dated March 24, 2022,
ECF No. 621 (filed Mar. 24, 2022)....................................................... APP0059

1989 JOA, dated June 12, 1989,
ECF 830-2 (filed May 30, 2023) .......................................................... APP0105

2005 Amended JOA, dated June 10, 2005,
ECF No. 830-6 (filed May 30, 2023) .................................................... APP0150

Attorney General Order Approving JOA, dated June 1, 1990,
ECF No. 844-2 (filed May 30, 2023) .................................................... APP0176

Notes by Brian Greenspun ("Discussion re joa"), dated January 11, 2018,
ECF No. 858-30 (filed July 14, 2023) ................................................... APP0178

"A note from the Sun," published in the Las Vegas Sun on January 11, 2018,
ECF No. 859-5 (filed July 14, 2023) ..................................................... APP0180

Las Vegas Sun's Emergency Motion for Temporary Restraining Order and
Preliminary Injunction, dated February 23, 2026,
ECF No. 1061 (filed Feb. 5, 2026) [excerpt cover and pages 2, 42]..... APP0184

Mandate of the Ninth Circuit Court of Appeals, dated February 25, 2026,
ECF No. 1063 (Feb. 25, 2026) .............................................................. APP0187

Plaintiff's Motion for Leave to Modify the Scheduling Order and Amend and
　　Supplement the Complaint (ECF No. 621), dated March 2, 2026,
　　ECF No. 1065 (filed Mar. 2, 2026) [excerpt pages 1-2, 10].................. APP0188

Plaintiff's Proposed Second Amended Complaint,
　　ECF No. 1065-1, (filed Mar. 2, 2026) .................................................... APP0193

## VOLUME 2 OF 4

Appendix of Exhibits to Declaration of Michael J. Gayan in Support of
　　Opposition to Motion for Temporary Restraining Order and Preliminary
　　Injunction, dated March 3, 2026,
　　ECF No. 1074, Exhs. A, B, G [excerpt cover, pages 3-4, 7-14, 175-178]
　　(filed Mar. 4, 2026) ................................................................................ APP0255

Declaration of Chris Blaser in Support of Defendant Las Vegas Review-
　　Journal's Opposition to Plaintiff's Emergency Motion for Temporary
　　Restraining Order and Preliminary Injunction, dated March 3, 2026,
　　ECF No. 1077 (filed Mar. 4, 2026) [excerpt pages 1, 8]....................... APP0270

Order on Motion to Dissolve and Motion for Temporary Restraining Order
　　ECF Nos. 1055 and 1061), ECF No. 1096 (filed Mar. 12, 2026).......... APP0272

Expert Report of Kenneth A. Paulson, dated September 19, 2022,
　　ECF No. 863-1, Exh. LL (filed July 14, 2023)..................................... APP0285

## VOLUME 3 OF 4 FILED PROVISIONALLY UNDER SEAL

Las Vegas Review-Journal's Very Detailed Trial Balance Report,
　　dated July 20, 2022,
　　ECF No. 862-21 (filed July 14, 2023) .................................................. APP0348

Initial Report of Professor Jerry Hausman, dated September 19, 2022,
　　ECF No. 864-4, Exh. HHH (filed July 14, 2023)
　　[excerpt cover, pages 10-11]................................................................ APP0350

Declaration of David Nolte in Support of Defendant Las Vegar Review-
　　Journal's Opposition to Plaintiff's Emergency Motion for Temporary
　　Restraining Order and Preliminary Injunction, dated March 3, 2026,
　　ECF No. 1076 (filed Mar. 4, 2026)
　　[excerpt cover, pages 1-2, 5-7, 9-11] .................................................. APP0353

**<u>VOLUME 4 OF 4 FILED PROVISIONALLY UNDER SEAL</u>**

Excerpts of Brian Greenspun Text Messages,
     ECF 862-23, Exh. W (filed July 14, 2023)........................................... APP0362

Appendix of Exhibits to Declaration of Michael J. Gayan in support of
     opposition to Motion for Temporary Restraining Order and
     Preliminary Injunction, dated March 3, 2026,
     ECF No. 1074, Exh. H (filed Mar. 4, 2026) [excerpt cover, pages
     3-4, 179-180]................................................................................... APP0371

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service has been accomplished via email to the following counsel:

*Counsel for Real-Parties-in-Interest-Plaintiffs*:

Kristen L. Martini (kmartini@clarkhill.com)
E. Leif Reid (lreid@clarkhill.com)
Nicole Scott (nscott@clarkhill.com)
James J. Pisanelli (JJP@pisanellibice.com)
Todd L. Bice (TLB@pisanellibice.com)
Jordan T. Smith (jsmith@bhfs.com)
Joseph M. Alioto (jmalioto@aliotolaw.com)

The district court has been provided with a copy of this addendum index pursuant to Federal Rule of Appellate Procedure 21(a).

*s/ Ian Heath Gershengorn*
Ian Heath Gershengorn