**No. 26-1646**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

SHELDON ADELSON; PATRICK DUMONT; NEWS+MEDIA CAPITAL GROUP, LLC; LAS VEGAS REVIEW-JOURNAL, INC.; INTERFACE OPERATIONS, LLC D/B/A ADFAM,

*Petitioners-Defendants,*

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA,

*Respondent*,

LAS VEGAS SUN, INC.,

*Real-Party-in-Interest-Plaintiff.*

## NOTICE REGARDING DISTRICT COURT PROCEEDINGS

J. Randall Jones
KEMP JONES LLP
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 89169
(702) 385-6000
r.jones@kempjones.com

Richard L. Stone
850 Devon Avenue
Los Angeles, California 90024
(310) 993-2068
RStone@fastmail.com

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 333-7777
mike@claggettlaw.com

Ian Heath Gershengorn
Tanner J. Lockhead
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
tlockhead@jenner.com

David R. Singer
Amy M. Gallegos
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
(213) 239-5100
dsinger@jenner.com
agallegos@jenner.com

Gabriel K. Gillett
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7220
ggillett@jenner.com

*Counsel for Petitioners-Defendants*

Petitioners-Defendants Las Vegas Review-Journal, Inc., News+Media Capital Group LLC, Estate of Sheldon Adelson, Patrick Dumont, and Interface Operations LLC d/b/a Adfam (collectively, "Review-Journal") write to provide this Court with notice about subsequent developments in the district court since the Review-Journal filed its Petition for Writ of Mandamus.

In the Review-Journal's Petition, filed on March 18, 2026, the Review-Journal requested that this Court "issue a decision by March 27, 2026, in advance of an April 10 hearing in the district court to address the injunction." Pet. 6.

In the afternoon on March 20, 2026, following service of the Review-Journal's Petition, the district court granted the Review-Journal's request and issued an order staying the "hearing set for April 10, 2026, until the Ninth Circuit Court of Appeals resolves Defendants' petition for a writ of mandamus." Ex. A.

The district court did not lift the order that indefinitely enjoined the Review-Journal "from ceasing to print or distribute the Sun" to "preserv[e] the core of the status quo arrangement." APP0283–84. Accordingly, as the Review-Journal explained in the Petition, emergency relief is warranted because "[e]very day this injunction remains in place it violates (1) this Court's prior decision, which held the 2005 JOA 'unlawful and unenforceable'; (2) the will of Congress, which made it 'unlawful' to 'perform or enforce' a JOA that was not approved by the Attorney General; and (3) the First Amendment, which protects against compelling

newspapers to carry the content of their editorial rivals and viewpoints with which they disagree. Pet. 5-6.

Dated: March 23, 2026

Respectfully submitted,

/s/ Ian Heath Gershengorn

J. Randall Jones
KEMP JONES LLP
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 89169
(702) 385-6000
r.jones@kempjones.com

Richard L. Stone
850 Devon Avenue
Los Angeles, California 90024
(310) 993-2068
RStone@fastmail.com

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 333-7777
mike@claggettlaw.com

Ian Heath Gershengorn
Tanner J. Lockhead
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
tlockhead@jenner.com

David R. Singer
Amy M. Gallegos
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071
(213) 239-5100
dsinger@jenner.com
agallegos@jenner.com

Gabriel K. Gillett
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7220
ggillett@jenner.com

*Counsel for Petitioners-Defendants*